1
2
3
4
5
6
7

8                             UNITED STATES  DISTRICT COURT

9                             Northern District of California

10                                San Francisco Division

11   ZOILA VILLAREAL,                          No. C 12-02334 LB

12                  Plaintiff,                 **ORDER DIRECTING THE
           v.                                  GOVERNMENT TO PROVIDE THE
13                                             COURT WITH AN ELECTRONIC
     MICHAEL J. ASTRUE,                        COPY OF THE ADMINISTRATIVE
14                                             RECORD**
                    Defendant.
15   _____/

16      On January 15, 2013, the Government filed with a court a paper copy of the administrative

17   record in this case.  Notice of Filing of Administrative Transcript, ECF No. 17.  To assist the court

18   with its review of the record, the court directs the Government to lodge with the court, by June 10,

19   2013, a computer disk that contains a PDF file of the administrative record.

20      **IT IS SO ORDERED.**

21   Dated: May 31, 2013

22                                             _____
                                               LAUREL BEELER
23                                             United States Magistrate Judge

24
25
26
27
28

C 12-02334 LB
ORDER