UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ZOILA VILLAREAL,<br><br>　　　　　Plaintiff,<br>　v.<br>MICHAEL J. ASTRUE,<br>　　　　　Defendant.<br>_____/ | No. C 12-02334 LB<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROVIDE ELECTRONIC COPY OF ADMINISTRATIVE RECORD** |

On June 3, 2013, the court filed an order directing the Government to provide the court with an electronic copy of the administrative record in this case by June 10, 2013. Order to Provide Electronic Copy, ECF No. 23. To date, the Government has not done so. Accordingly, the court **ORDERS** the Government to show cause why it has failed to comply with the court's order. If there is an explanation, that is fine, but the Government needs to provide one. The Government shall respond to this order to show cause no later than 5:00 p.m. on June 17, 2013. In the event the Government provides an electronic copy by June 17, 2013, this order to show cause will be discharged automatically.

**IT IS SO ORDERED.**

Dated: June 14, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　United States Magistrate Judge

C 12-02334 LB
ORDER TO SHOW CAUSE